**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **V.** | * | **Cr. No. GLR-19-435** |
| **COREY SCOTT, *ET AL.*** | * | |
| **Defendant** | * | |
| * | | |
| **For: COREY SCOTT** | * | |

**ADDITIONAL CHARACTER LETTER**

Defendant, Corey Scott, hereby respectfully submits the attached character letter from his mother, grandmother and sister - submitted in three separate pages, but all one letter.

Respectfully submitted,

_____/s/_____
Richard Bardos, Of Counsel
Schulman, Hershfield & Gilden, P.A.
1 East Pratt Street, 9th Floor
Baltimore, Maryland 21202
(410) 332 0850

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 13th of March, 2020, a copy of the foregoing Character Letter was served, via ECF   to: Office of the United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, Maryland 21201.

_____/s/_____
Richard Bardos